**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | No. 162 |
| | : | |
| REAPPOINTMENT TO THE | : | DISCIPLINARY RULES DOCKET |
| PENNSYLVANIA INTEREST ON | : | |
| LAWYERS TRUST ACCOUNT BOARD | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of May, 2018, Stella L. Smetanka, Esquire, Allegheny County, is hereby reappointed as a member of the Pennsylvania Interest on Lawyers Trust Account Board for a term of three years, commencing September 1, 2018.